LAW OFFICE OF STEPHEN G. FRYE
Stephen G. Frye (CSBN 196728)
633 West Fifth Street, Suite 2800
Los Angeles, California 90071
Telephone: (213) 223-2323
Facsimile: (213) 223-2324
Email: sgf@sgfryelaw.com

Attorney for RICHARD B. LEONARD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff.<br><br>vs.<br><br>RICHARD B. LEONARD<br><br>    Defendant. | CR 05-316-DSF<br><br>**ORDER RECOMMENDING DETENTION IN HALFWAY HOUSE PENDING SENTENCING OF DEFENDANT RICHARD B. LEONARD** |

**ORDER**

By agreement of the parties following entry of guilty pleas by defendant Richard Leonard on December 1, 2008, and the Court being otherwise sufficiently advised, IT IS HEREBY RECOMMENDED BY THIS COURT that Defendant Richard B. Leonard, be transferred forthwith to, and housed, pending sentencing, at Gateways Community Hospital, or a similar halfway house medical facility, as soon as said facility has an appropriate opening/available bed-space.

Dated:_12/2/08

                                                 Hon. DALE S. FISCHER
                                                 United States District Judge