LAW OFFICE OF STEPHEN G. FRYE
Stephen G. Frye (CSBN 196728)
316 West Second St., Suite 1202
Los Angeles, California 90012
Telephone: (213) 621-1600
Facsimile: (213) 621-1644
Email: sgf@sgfryelaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 05-316-DSF |
| v. | |
| Richard B. Leonard | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

SUPPLEMENTAL SENTENCING POSITION MEMORANDUM OF DEFENDANT RICHARD LEONARD REGARDING RESTITUTION

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other SUPPLEMENTAL SENTENCING POSITION MEMORANDUM OF DEFENDANT RICHARD LEONARD REGARDING RESTITUTION

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| July 15, 2009 | Stephen G. Frye (CSBN 196728) |
|---|---|
| Date | Attorney Name |
| | Richard B. Leonard |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING