# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 05-316-DSF | Date 7/27/09 |

Present: The Honorable  DALE S. FISCHER, United States District Judge

Interpreter  N/A

| Debra Plato | Pamela Batalo | Ellen Quattrucci |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4) Richard Leonard | X | | SR | 4) Stephen G. Frye | X | | X |

**Proceedings:**  RESTITUTION HEARING

     The matter is called and counsel state their appearances.  The Court and counsel status.  The Court orders the government to provide to defendant for evaluation the documents as set forth on the record, and the government will submit an order to the Court for that purpose.  Defendant waives any right he might possess to have restitution determined today.  The matter is continued to October 5, 2009 at 8:30 a.m.