THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (CSB No. 187111)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    E-mail: Ranee.Katzenstein@usdoj.gov
LORI A. HENDRICKSON
Trial Attorney (Ohio BN: 0067831)
ELLEN M. QUATTRUCCI
Trial Attorney (D.C. BN: 462103)
DANNY N. ROETZEL
Trial Attorney (Missouri BN: 34879)
Tax Division, Western
Criminal Enforcement Section
    P.O. Box 972
    Washington, D.C. 20044
    Telephone: (202) 514-5762
    Facsimile: (202) 514-9623
    E-mails: Lori.A.Hendrickson@usdoj.gov
             Ellen.M.Quattrucci@usdoj.gov
             Danny.N.Roetzel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-316-DSF |
|         Plaintiff, ) | **ORDER REGARDING DISCLOSURE OF ADDITIONAL INFORMATION USED TO CALCULATE ACTUAL LOSS FOR PURPOSES OF ORDERING RESTITUTION** |
|             v. ) | |
| JOHN S. LIPTON, ET AL. ) | |
|         Defendants. ) | |

The Court, having considered the sentencing memoranda submitted by the parties, the defendant's request for additional discovery concerning the Internal Revenue Service's calculation of the tax loss caused by Richard B. Leonard and his co-conspirators, the arguments of counsel at the restitution hearing held on July 27, 2009, and for good cause shown,

IT IS HEREBY ORDERED that, pursuant to 26 U.S.C. § 6103(h)(4)(D), the United States shall immediately disclose to Defendant Leonard and his counsel the summary listing of the Genesis Fund income received by each co-defendant, similar to the document attached as Exhibit B to Defendant Leonard's "Supplemental Sentencing Position Memorandum of Defendant Richard Leonard Regarding Restitution" (Docket No. 771), in order to satisfy any obligations the government may have pursuant to 18 U.S.C. § 3500, Rule 16 of the Federal Rules of Criminal Procedure, and <u>Brady v. Maryland</u> and its progeny.

IT IS FURTHER ORDERED that Defendant Leonard and his counsel shall not disclose these documents to any other person or persons, except as necessary in preparation of the defense in this case, without prior authorization from this Court.

IT IS FURTHER ORDERED that nothing herein requires the government to provide discovery beyond that which is required by Rule 16 of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3500, and the Court's Criminal Motion and Trial Order.

**IT IS SO ORDERED.**

DATED: 8/4/09

_____
DALE S. FISCHER
United States District Judge