GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
LORI A. HENDRICKSON
Trial Attorney (Ohio BN: 0067831)
ELLEN M. QUATTRUCCI
Trial Attorney (D.C. BN: 462103)
DANNY N. ROETZEL
Trial Attorney (Missouri BN: 34879)
Tax Division, Western
Criminal Enforcement Section
    P.O. Box 972
    Washington, D.C. 20044
    Telephone: (202) 514-9370
    Facsimile: (202) 514-9623
    E-mails:  Lori.A.Hendrickson@usdoj.gov
             Danny.N.Roetzel@usdoj.gov
             Ellen.M.Quattrucci@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-316-DSF |
| Plaintiff, | **GOVERNMENT'S EXHIBITS IN SUPPORT OF GOVERNMENT'S POSITION REGARDING RESTITUTION OF DEFENDANT RICHARD B. LEONARD** |
| v. | |
| JOHN S. LIPTON, et al., | RESTITUTION HEARING: |
| Defendants. | Date: December 7, 2009<br>Time: 8:30 a.m. |

Plaintiff, United States of America, by and through its counsel of record, Trial Attorneys Lori A. Hendrickson, Ellen M. Quattrucci, and Danny N. Roetzel, Department of Justice, Tax Division, hereby files its Exhibits in Support of the

4420096.1

Government's Position Re: Restitution in advance of the hearing on December 7, 2009.  Revenue Agent Jean Pugh will be available at the hearing to testify if necessary.

Dated: November 23, 2009        Respectfully Submitted,


                                GEORGE S. CARDONA
                                Acting United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division


                                 s/Ellen M. Quattrucci
                                LORI A. HENDRICKSON
                                DANNY N. ROETZEL
                                ELLEN M. QUATTRUCCI
                                Trial Attorneys
                                Tax Division

                                Attorneys for Plaintiff
                                United States of America

**MEMORANDUM OF POINTS AND AUTHORITIES**

In support of the Government's Position Regarding Restitution from Defendant Richard B. Leonard, the government submits the attached exhibits.  The government's exhibits filed in support of its restitution submission are:

| | |
|---|---|
| Exhibit 1: | Summary Schedule of Tax Calculations, including Total Tax and Interest Due |
| Exhibit 2: | Individual Income Summary for Richard B. Leonard (and Spouse) |
| Exhibit 3: | Nominee Entities Utilized by Richard B. Leonard |
| Exhibit 4: | Individual Income Summary for John S. Lipton |
| Exhibit 5: | Individual Income Summary for Michael Putnam (and Spouse) |
| Exhibit 6: | Individual Income Summary for David L. Johnson (and Spouse) |
| Exhibit 7: | Individual Income Summary for Victor H. Preston |
| Exhibit 8: | Individual Income Summary for William Nurick (and Spouse) |
| Exhibit 9: | Individual Income Summary for Marlyn D. Hinders (and Spouse) |
| Exhibit 10: | Narrative Summary of Case (All Conduct Charged) |

The restitution hearing is scheduled for December 7, 2009 at 8:30 a.m.  At this hearing, the government will present the

attached exhibits to the Court, as well as any other evidence, including testimony of an Internal Revenue Service agent, that may be relevant towards the determination of restitution.

## III

## CONCLUSION

For all the foregoing reasons, the government respectfully requests the Court accept its Exhibits in Support of the Government's Memorandum Regarding Restitution from Defendant Richard B. Leonard.

Date: November 23, 2009          Respectfully Submitted,

                                 GEORGE S. CARDONA
                                 Acting United States Attorney

                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                  s/Ellen M. Quattrucci
                                 LORI A. HENDRICKSON
                                 DANNY N. ROETZEL
                                 ELLEN M. QUATTRUCCI
                                 Trial Attorneys
                                 Tax Division

                                 Attorneys for Plaintiff
                                 United States of America

4

4420096.1