| | | Genesis Funds Received | Tax Loss | Interest | Total Tax Loss and Interest |
|---|---|---|---|---|---|
| 1 | Richard Leonard | $ 1,767,940.45 | $ 342,180.00 | $ 227,478.07 | $ 569,658.07 |
| 2 | Victor Preston | $ 936,692.91 | $ 212,311.00 | $ 137,184.35 | $ 349,495.35 |
| 3 | Michael Putnam | $ 1,543,705.56 | $ 308,272.00 | $ 227,432.29 | $ 535,704.29 |
| 4 | Bill Nurick | $ 1,360,009.77 | $ 143,221.00 | $ 123,476.15 | $ 266,697.15 |
| 5 | Marlyn "Milt" Hinders | $ 925,061.52 | $ 71,964.00 | $ 49,807.04 | $ 121,771.04 |
| 6 | David Johnson | $ 2,464,593.41 | $ 238,558.00 | $ 178,868.92 | $ 417,426.92 |
| 7 | Denise & Bill Taylor-Fraser | $ - | $ - | | |
| 8 | John Lipton | $ 1,724,703.27 * | $ 334,854.00 | $ 349,579.20 | $ 684,433.20 |
| | | $ 10,722,706.89 | $ 1,651,360.00 | $ 1,293,826.02 | $ 2,945,186.02 |

*includes $225,000 wages