# RICHARD LEONARD

## Genesis Fund Account Names and Corporate Names

1. Abetos del Bosque Lluvioso S.A.
2. Tambor
3. G-Dionysus
4. G-Cronus
5. G-Hades
6. Playa Naranjo
7. G-Hera
8. Territorio de Estrellas S.A.
9. PM - Port Prince
10. DL Curr Holding Trust
11. Dandy Control Irrevocable Trust
12. Gaviota de Mar S.A.
13. Estrella Lunar S.A.
14. Lechuza de Mar
15. Fortuna Real S.A.
16. Playa Tambor
17. Playa Puntarenas
18. Playa Jaco
19. Playa Tamarindo
20. Playa Flamingo
21. Playa Potrero
22. Playa Penca
23. Playa Zapotal
24. Playa Ocotal
25. DL Curr Holding Trust-2
26. Gaviota de Mar S.A.-2
27. Estrella Lunar S.A.-2
28. Fortuna Real S.A.-2
29. Playa Tambor-2
30. Playa Ocotal-2
31. Olas de Tambor
32. C.T.M. Veintiseis S.A.

## Trust Names

1. New Horizons Trust
2. Costilla Trust
3. Ortega Management Trust
4. City View Trust
5. D & D Leonard Household Trust
6. DL Free Stock Trust
7. EQ 1481 Investors Trust
8. Infinity Trust
9. Irving Trust
10. Justice System Trust
11. Mazda Trust
12. Mustang Trust
13. Safety Collectables Trust
14. Superhighway Control Trust
15. Whitstable Trust
16. 1st Irving Account Trust
17. 41 EQ Investors Trust
18. Airwave Investors Trust
19. Civilian Control Trust