GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE EWELL
Assistant United States Attorney
Chief, Criminal Division
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
LORI A. HENDRICKSON
Trial Attorney (Ohio SBN: 0067831)
ELLEN M. QUATTRUCCI
Trial Attorney (D.C. BN: 462103)
DANNY N. ROETZEL
Trial Attorney (Missouri BN: 34879)
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
    P.O. Box 972
    Washington, D.C. 20044
    Telephone: (202) 514-9370
    Facsimile: (202) 514-9623
    Lori.A.Hendrickson@usdoj.gov
    Ellen.M.Quattrucci@usdoj.gov
    Danny.N.Roetzel@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-316-DSF |
| | ) |
| Plaintiff, | ) |
| | ) ORDER SETTING DATE FOR |
| v. | ) RESTITUTION HEARING REGARDING |
| | ) DEFENDANT RICHARD B. LEONARD |
| JOHN S. LIPTON, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court, having considered the parties' stipulation, and the record and file in this case, and for good cause shown,

IT IS HEREBY ORDERED that the restitution hearing scheduled for December 7, 2009, at 8:30 a.m. is vacated due to defendant's counsel's scheduling conflict;

IT IS FURTHER ORDERED that a hearing for the determination of restitution, if any, to be paid by defendant Richard B.

| | |
|---|---|
| 1 | Leonard is set for January 11, 2010 at 8:30 a.m. |
| 2 | Dated: 12/3/09 |
| 3 | *Dale S. Fischer* |
| 4 | **IT IS SO ORDERED.** |
| 5 | |
| 6 | _____<br>DALE S. FISCHER<br>United States District Judge |