# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 05-316-DSF |
| Date | 1/11/10 |

Present: The Honorable  DALE S. FISCHER, United States District Judge

Interpreter  N/A

| Debra Plato / Sheila English | Pamela Batalo | Ellen Quattrucci - DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4) Richard Leonard | NOT | | SR (Wvr) | 4) Stephen G. Frye | | X | X |

**Proceedings:**   RESTITUTION HEARING

The matter is called and counsel state their appearances.   Also present are Alfonse Ristuccia, accountant on behalf of defendant Leonard; Jean Pugh Ostrowski, Internal Revenue Service Agent and Molly Molt, Special Agent for the Internal Revenue Service.  Witnesses called.  Exhibits identified.  Agent Pugh will recalculate the amounts as set forth on the record and will resubmit to defense counsel.  Defense counsel's brief is due March 1, 2010, and government counsel's brief is due March 5, 2010.  Once all briefs are filed, the Court will set a new hearing date.